UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT W. HUNT,

          Plaintiff,

    v.

WASHINGTON STATE PARKS AND
RECREATION COMMISSION,

          Defendant.

NO. C05-1797JLR

ORDER

      This matter comes before the court on Plaintiff's unopposed motion to amend his complaint and to remand this case to King County Superior Court (Dkt. # 11). Plaintiff seeks leave to amend in order to drop all of his federal claims and to add the State of Washington as a party. The court has reviewed the motion and supporting documents and GRANTS Plaintiff's motion to amend his complaint. As such, the court directs the clerk to file Plaintiff's Amended Complaint, currently attached as an appendix to the instant motion. Because no federal law claims remain, the court REMANDS this case to King County Superior Court.

      Dated this 3rd day of April, 2006.

                                  JAMES L. ROBART
                                  United States District Judge

ORDER